# United States Court of Appeals
## For the First Circuit

No. 16-2275

GRANDVILL D. LAWES,

Plaintiff, Appellant,

v.

CSA ARCHITECTS and ENGINEERS LLP,

Defendant, Appellee

PUERTO RICO PORTS AUTHORITY; MAPFRE-PRAICO INSURANCE COMPANY;
MUNICIPALITY OF SAN JUAN; CONSTRUCTORA SANTIAGO II, CORP.;
RAFAELA RIVIERE-ANDINO; MIGUEL A. BONILLA, INC.; COOPERATIVA DE
SEGUROS MULTIPLES DE PUERTO RICO; PUERTO RICO ELECTRIC POWER
AUTHORITY; ACE INSURANCE CO.; INTEGRAND ASSURANCE COMPANY;
Q.B. CONSTRUCTION SE; TRIPLE-S PROPIEDAD, INC.

Defendants.

**ERRATA SHEET**

The opinion for this Court issued June 18, 2020 is
amended as follows:

On page 67, line 8: change "automation" to "animation"